Kenneth S. Roosa, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, Alaska 99502
Phone: 907-276-2744
Facsimile: 907-276-2746
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No. A05–297 CV <br><br> **AFFIDAVIT OF SERVICE <br> OF CERTIFIED MAIL** |

STATE OF ALASKA         )
                                            )ss.
THIRD JUDICIAL DISTRICT )

I, Erin Gonzalez-Powell, upon oath, depose and state that:

1. I am employed as a legal secretary at the law offices of Cooke, Roosa & Valcarce in Anchorage, Alaska; and

2. On December 23, 2005, I caused true and correct copies of 1) Summons in a Civil Case and 2) Complaint to be served on defendant United States of America by service upon U.S Attorney Tim Burgess, Office of the U.S. Attorney; 222 West 7th

AFFID. OF SERVICE BY CERTIFIED MAIL (Burgess)
B2969

Avenue, #9, Room 253, Anchorage, Alaska, 99513, by placing true copies thereof in the United States mail at Anchorage, Alaska, in a properly addressed, postage prepaid envelope, certified mail, return receipt requested.

3.  The original return receipt ("green card") is attached below, indicating proof of receipt of said documents on January 5, 2006.

[Domestic Return Receipt - PS Form 3811, February 2004]

- Article Addressed to: Timothy Burgess, US Attorney, Office of the US Attorney, District of Alaska, US Department of Justice, 222 W 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567
- Received by (Printed Name): CHUCK FARMER
- Date of Delivery: 1/5/06
- Service Type: Certified Mail, Return Receipt for Merchandise
- Article Number: 7004 2890 0001 2685 3843

Dated at Anchorage, Alaska this 12 day of January 2006.

_____
Erin Gonzalez-Powell

SUBSCRIBED AND SWORN to before me this 12th day of January 2006.

[Notary seal: COLLEEN LARAUX, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires Feb 4, 2009]

_____
Notary Public in and for the State of Alaska
My commission expires: 2-4-09