Kenneth S. Roosa, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, Alaska 99502
Phone: 907-276-2744
Facsimile: 907-276-2746
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>           Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. A05–297 CV<br><br>**AFFIDAVIT OF SERVICE<br>OF CERTIFIED MAIL** |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

   I, Erin Gonzalez-Powell, upon oath, depose and state that:

   1.   I am employed as a legal secretary at the law offices of Cooke, Roosa & Valcarce in Anchorage, Alaska; and

   2.   On December 23, 2005, I caused true and correct copies of 1) Summons in a Civil Case and 2) Complaint to be served on defendant United States of America by service upon U.S Attorney General Alberto Gonzales, Office of the U.S. Attorney

AFFID. OF SERVICE BY CERTIFIED MAIL
B2969

General, US Department of Justice Main Building, 10th & Constitution Avenue NW, Washington, DC, 23530, by placing true copies thereof in the United States mail at Anchorage, Alaska, in a properly addressed, postage prepaid envelope, certified mail, return receipt requested.

3. The original return receipt ("green card") is attached below, indicating proof of receipt of said documents on January 3, 2006.

Dated at Anchorage, Alaska this __12__ day of January 2006.

Erin Gonzalez-Powell

SUBSCRIBED AND SWORN to before me this 12th day of January 2006.

Notary Public in and for the State of Alaska
My commission expires: 2-4-09

AFFID. OF SERVICE BY CERTIFIED MAIL
B2969