DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:05-cv-297-JWS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** |

　　　　The Plaintiff and Defendant United States of America, via their undersigned counsel, stipulate and agree that the United States of America shall have an extension until March 17, 2006, to answer or otherwise respond to the complaint in this matter.

//

Respectfully requested this 3rd day of March, 2006, in Anchorage, Alaska.

          COOKE, ROOSA & VALCARCE LLC

Dated: March 3, 2006        s/Kenneth S. Roosa (consent)
          Attorney for Plaintiff


          DEBORAH M. SMITH
          Acting United States Attorney

Dated: March 3, 2006        s/Gary M. Guarino
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-2344
          E-mail: gary.guarino@usdoj.gov