IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CURTIS ALEXIE,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 3:05-cv-297-JWS

**ORDER**

        The United States' motion for an extension of time is GRANTED.

        The United States of America shall have until March 17, 2006, to answer or otherwise respond to the complaint in this matter.

_____

John W. Sedwick
U.S. District Court Judge