IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:05-cv-297-JWS<br><br>**ORDER** |

The United States' motion for an extension of time is **GRANTED**.

The United States of America shall have until **March 17, 2006**, to answer or otherwise respond to the complaint in this matter.

/s/
John W. Sedwick
U.S. District Court Judge