DEBORAH M. SMITH
Acting United States Attorney

GARY GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 3:05-cv-297-JWS<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a telephonic meeting was held on April 5, 2006, and was attended by:

    Kenneth S. Roosa, attorney for the Plaintiff.

    Gary M. Guarino, attorney for the Defendant.

    The parties recommend the following:

2. **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☒ will be exchanged by the parties by **April 28, 2006**.

**Preliminary witness lists**

☐ have been exchanged by the parties

☒ will be exchanged by the parties by **May 12, 2006**.

Proposed changes to disclosure requirements: N/A

3. **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

- Whether the healthcare providers at the Alaska Native Medical Center negligently breached the applicable standards of care in their diagnosis and treatment of Plaintiff as alleged in the Complaint.

- Whether the alleged injuries to Plaintiff were caused by any negligence of the Alaska Native Medical Center healthcare providers.

- The nature and extent of Plaintiff's medical condition and alleged damages.

4.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

    A.  Discovery will be needed on the following issues:

    - Plaintiff's current and pre-existing medical condition.
    - The issues listed in Paragraph 3 above.

    B.  All discovery commenced in time to be completed by **February 16, 2007**.

    C.  Limitations on Discovery

    1.  Interrogatories.

        ☒   No change from F.R.Civ.P. 33(a)

        ☐   Maximum of (**number**) Interrogatories by each party to any other party.  Responses due in (**number**) days.

    2.  Requests for Admissions.

        ☐   No change from F.R.Civ.P. 36(a).

        ☒   Maximum of **40 requests**.  Responses due in (**number**)days.

    3.  Depositions.

        ☒   No change from F.R.Civ.P. 30(a), (d).

        ☐   Maximum of (**number**) depositions by each party.

        ☐   Depositions not to exceed (**number**) hours unless extended by agreement of all parties.

D. Reports from retained experts.

- ☐ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

- ☒ Reports due:

    From plaintiff **December 15, 2006**

    From defendant **December 15, 2006**

E. Supplementation of disclosures and discovery responses are to be made:

- ☐ Periodically at 60-day intervals from the entry of scheduling and planning order.

- ☒ As new information is acquired, but not later than **60 days** before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

- ☐ **45 days** prior to the close of discovery.

- ☒ Not later than **December 21, 2006**

5. **Pretrial Motions**.

☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

☒ Motions to amend pleadings or add parties to be filed not later than **June 30, 2006**.

☒ Motions under the discovery rules must be filed not later than **10 days** after the close of discovery.

☐ Motions in limine and dispositive motions must be filed not later than 30 days after the close of discovery.

6. **Other Provisions**:

A. ☒ The parties do not request a conference with the court before entry of the scheduling order.

☐ The parties request a scheduling conference with the court on the following issue(s): *(Insert issues on which a conference is requested)*

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

☐ This matter is not considered a candidate for court-annexed alternative

☒ The parties will file any request for alternative dispute resolution not later than **February 15, 2007.**

☐ Mediation       ☐ Early Neutral Evaluation

C. The parties ☐ do ☒ not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

☐ All parties have complied   ☒ Compliance not required by any party

7. **Trial**.

A. The matter will be ready for trial:

☒ **45 days** after the discovery close date.

☐ not later than (*date*).

B. The matter is expected to take **10 days** to try.

C. Jury Demanded: ☐ Yes ☒ No

Right to jury disputed? ☐ Yes       ☐ No

                                COOKE, ROOSA, AND VALCARCE, LLC

Dated: April 13, 2006        s/Kenneth S. Roosa
                                By: Kenneth S. Roosa
                                Attorney for Plaintiff


                                DEBORAH M. SMITH
                                ACTING UNITED STATED ATTORNEY


Dated: April 13, 2006        s/Gary M. Guarino
                                By: Gary M. Guarino
                                Assistant U.S. Attorney
                                222 West 7th Ave., #9, Rm. 253
                                Anchorage, AK 99513-7567
                                Phone: (907) 271-5071
                                Fax: (907) 271-2344
                                E-mail: gary.guarino@usdoj.gov