NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:05-cv-297-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES** |

Defendant, through counsel, moves to extend the close of discovery, and all associated deadlines, in this case.

Additional time is necessary for the experts to complete their reports and to identify and depose the key medical personnel in this medical malpractice case. The undersigned discussed with plaintiff's counsel how much additional time would be needed. The parties feel that five additional months should be sufficient.

Therefore, Plaintiff does not oppose this extension request.

If this request is granted, the new pretrial deadlines would be:

Deadline for exchange of expert reports:    May 15, 2007

Final Witness Lists:    June 1, 2007

Close of Discovery:    July 31, 2007

Deadline for filing Dispositive Motions:    August 31, 2007

A proposed order accompanies this motion.

Respectfully submitted this 1st day of December, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031


**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006,
a copy of the foregoing  UNOPPOSED MOTION
FOR EXTENSION OF DISCOVERY DEADLINES
was served electronically on Kenneth S. Roosa.


s/Richard L. Pomeroy