IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:05-cv-297-JWS<br><br>**[PROPOSED] ORDER** |

The United States' unopposed motion to extend discovery deadlines is GRANTED.

The revised pretrial deadlines are:

| | |
|---|---|
| Deadline for exchange of expert reports: | May 15, 2007 |
| Final Witness Lists: | June 1, 2007 |
| Close of Discovery: | July 31, 2007 |
| Deadline for filing Dispositive Motions: | August 31, 2007 |

_____         _____
Date:                                                          John W. Sedwick
                                                                      United States District Court Judge