**NELSON P. COHEN**
**United States Attorney**

**DANIEL R. COOPER, JR.**
**RICHARD L. POMEROY**
**Assistant U.S. Attorney**
**Federal Building & U.S. Courthouse**
**222 West 7th Avenue, #9, Rm. 253**
**Anchorage, AK 99513-7567**
**Telephone: (907) 271-5071**
**Facsimile: (907) 271-2344**
**daniel.cooper@usdoj.gov**
**richard.pomeroy@usdoj.gov**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **CURTIS ALEXIE,** | ) | **Case No. 3:05-cv-297-JWS** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| **UNITED STATES OF** | ) | |
| **AMERICA,** | ) | |
| **Defendant.** | ) | |
| | ) | |

The United States, through counsel, substitutes Daniel R. Cooper, Jr., Assistant

U. S. Attorney, and Richard Pomeroy, Assistant U.S. Attorney, as counsel for the

Defendant, the United States of America.  Gary Guarino is no longer assigned to

this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

Daniel R. Cooper, Jr.
Richard L. Pomeroy
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: daniel.cooper@usdoj.gov
E-mail: richard.pomeroy@usdoj.gov

RESPECTFULLY SUBMITTED on this 4th day of December, 2006, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: daniel.cooper@usdoj.gov
AK **#8211109**

s/ Richard L. Pomeroy
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK **#890631**

**CERTIFICATE OF SERVICE**
I hereby certify that on December 4, 2006
a copy of the foregoing was served
via electronic notice:


s/ Richard L. Pomeroy