# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

CURTIS ALEXIE,

      Plaintiff,

   v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 3:05-cv-00297-JWS

**ORDER**

The United States' unopposed motion to extend discovery deadlines is **GRANTED**.

The revised pretrial deadlines are:

Deadline for exchange of expert reports:    May 15, 2007

Final Witness Lists:    June 1, 2007

Close of Discovery:    July 31, 2007

Deadline for filing Dispositive Motions:    August 31, 2007

Date: December 8, 2006    /s/  John W. Sedwick
    United States District Court Judge