NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:05-cv-297-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES** |

　　　　The parties, through counsel, moves to extend the close of discovery, and all associated deadlines, in this case.

　　　　Additional time is necessary for the experts to complete their reports and to identify and depose the key medical personnel in this medical malpractice case. The undersigned discussed with plaintiff's counsel how much additional time would be needed. The parties feel that three and a half additional months should be sufficient.

If this request is granted, the new pretrial deadlines would be:

| | |
|---|---|
| Deadline for exchange of expert reports: | September 1, 2007 |
| Final Witness Lists: | September 15, 2007 |
| Close of Discovery: | November 15, 2007 |
| Deadline for filing Dispositive Motions: | December 15, 2007 |

A proposed order accompanies this motion.

Respectfully submitted this 8th day of May, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031


**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007,
a copy of the foregoing UNOPPOSED MOTION
FOR EXTENSION OF DISCOVERY DEADLINES
was served electronically on Kenneth S. Roosa.

s/Richard L. Pomeroy