IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:05-cv-297-JWS<br><br>**ORDER** |

The United States' unopposed motion to extend discovery deadlines is GRANTED.

The revised pretrial deadlines are:

| | |
|---|---|
| Deadline for exchange of expert reports: | September 1, 2007 |
| Final Witness Lists: | September 15, 2007 |
| Close of Discovery: | November 15, 2007 |
| Deadline for filing Dispositive Motions: | December 15, 2007 |

Date: 05/23/07　　　　　　　　　　　　/s/ John W. Sedwick
　　　　　　　　　　　　　　　　United States District Court Judge