NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 3:05-cv-00297-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES** |

      The parties, through counsel, move to extend the close of discovery, and all associated deadlines, in this case.

      Additional time is necessary for the experts to complete their reports. Also, personal matters have arisen that require counsel's attention. The undersigned discussed with plaintiff's counsel how much additional time would be needed. The parties feel that two additional months should be sufficient.

If this request is granted, the new pretrial deadlines would be:

| | |
|---|---|
| Deadline for exchange of expert reports: | November 1, 2007 |
| Deadline for defendant's damage expert reports | December 1, 2007 |
| Final Witness Lists: | December 15, 2007 |
| Close of Discovery: | January 15, 2008 |
| Deadline for filing Dispositive Motions: | February 15, 2008 |

A proposed order accompanies this motion.

Respectfully requested this 28th day of August, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2007,
a copy of the foregoing  UNOPPOSED MOTION
FOR EXTENSION OF DISCOVERY DEADLINES
was served electronically on Kenneth S. Roosa.

s/Richard L. Pomeroy

ALEXIE v. USA
Case No. 3:005-cv-00297-JWS                                2