IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:05-cv-00297-JWS<br><br>**ORDER** |

The United States' unopposed motion to extend discovery deadlines is **GRANTED**.

The revised pretrial deadlines are:

| | |
|---|---|
| Deadline for exchange of expert reports: | November 1, 2007 |
| Deadline for defendant's damage expert reports: | December 1, 2007 |
| Final Witness Lists: | December 15, 2007 |
| Close of Discovery: | January 15, 2008 |
| Deadline for filing Dispositive Motions: | February 15, 2008 |

Date: August 29, 2007        /s/ John W. Sedwick
                             United States District Court Judge