NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:05-cv-00297-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES** |

    The parties, through counsel, move to extend the close of discovery, and all associated deadlines, in this case.

    Additional time is necessary to assess responses to discovery and to complete one more deposition. The undersigned discussed with plaintiff's counsel how much additional time would be needed. Considering the respective schedules of counsel, the parties feel that one and a half additional months should be sufficient.

If this request is granted, the new pretrial deadlines would be:

Close of Discovery:                                      March 3, 2008

Deadline for filing Dispositive Motions:                 April 3, 2008

A proposed order accompanies this motion.

Respectfully requested this 7th day of January, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031


**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008,
a copy of the foregoing UNOPPOSED MOTION
FOR EXTENSION OF DISCOVERY DEADLINES
was served electronically on Kenneth S. Roosa.

s/Richard L. Pomeroy

ALEXIE v. USA
Case No. 3:005-cv-00297-JWS                2