IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 3:05-cv-00297-JWS<br><br>**[PROPOSED] ORDER** |

The United States' unopposed motion to extend discovery deadlines is GRANTED.

The revised pretrial deadlines are:

Close of Discovery:                                             March 3, 2008

Deadline for filing Dispositive Motions:                April 3, 2008


_____                    _____
Date:                                                              John W. Sedwick
                                                                   United States District Court Judge