IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CURTIS ALEXIE,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 3:05-cv-00297-JWS

**ORDER**

The United States' unopposed motion to extend discovery deadlines is **GRANTED**.

The revised pretrial deadlines are:

Close of Discovery:                       March 3, 2008

Deadline for filing Dispositive Motions:     April 3, 2008

Date: January 7, 2008           /s/ John W. Sedwick
                           United States District Court Judge