NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
daniel.cooper@usdoj.gov
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:05-cv-00297-JWS<br><br>**CERTIFICATION OF READINESS FOR TRIAL** |

In compliance with this Court's Order and Local Rule 40.3, the parties have conferred and certify that:

a) Discovery is complete. The parties will update disclosures, as necessary;

b) There do not appear to be legal issues that are appropriate for resolution by motion before trial.

c) Settlement discussions are under way. The parties would like to have a settlement conference the week of June 9, 2008. The parties are not discounting the possibility

of a settlement beforehand and will notify the court if a settlement is reached.

d) The parties are suggest the following trial dates:

week of November 3, 2008

week of February 9, 2009

Trial is anticipated to take five days.

Respectfully submitted this 28th day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008,
a copy of the foregoing **CERTIFICATION OF READINESS FOR TRIAL** was served electronically on Kenneth S. Roosa.

s/Richard L. Pomeroy