NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
daniel.cooper@usdoj.gov
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CURTIS ALEXIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:05-cv-00297-JWS<br><br>**STATUS REPORT** |

　　　　In compliance with this Court's Order and Local Rule 40.3, the parties have conferred and certify that:

　　　　a)　　Discovery is complete. The parties will update disclosures, as necessary;

　　　　b)　　There do not appear to be legal issues that are appropriate for resolution by motion before trial.

　　　　c)　　Settlement discussions are under way. The parties would like to have a settlement conference the week of June 9, 2008. The parties are not discounting the possibility

of a settlement beforehand and will notify the court if a settlement is reached.

d) The parties are suggest the following trial dates:

> week of November 3, 2008
>
> week of February 9, 2009

Trial is anticipated to take five days.

Respectfully submitted this 1st day of May, 2008, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Richard L. Pomeroy
> RICHARD L. POMEROY
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-2344
> E-mail: richard.pomeroy@usdoj.gov
> Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2008,
a copy of the foregoing **STATUS REPORT**
was served electronically on Kenneth S. Roosa.

s/Richard L. Pomeroy